

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2015

No. 04-15-00533-CR

Jessie Ibanez **GARZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR7759W
Jefferson Moore, Judge Presiding

# O R D E R

The motion to withdraw as counsel is GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of October, 2015.

Keith E. Hottle
Clerk of Court